```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                           )
UNITED STATES OF AMERICA   )
                           )
v.                         )      Cr. No.11-10200-JLT
                           )
MARCEL HENDERSON           )
_____)
```

**MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL**

Now comes undersigned counsel, and respectfully files leave to withdraw as counsel for the defendant, and for the Court to appoint new counsel to represent Mr. Henderson.  In support of this motion undersigned counsel states the following:

1. Undersigned counsel was appointed to represent Mr. Henderson pursuant to the Criminal Justice Act, as Mr. Henderson has been found to be indigent.

2. Without detailing attorney-client communications, Mr. Henderson has expressed serious dissatisfaction with the representation provided by undersigned counsel, and undersigned counsel has been directed by Mr. Henderson to file this Motion to Withdraw. There has arisen a serious breakdown in communication between counsel and the defendant, compromising the ability of counsel and the defendant to work together.  It is the opinion of undersigned counsel that it is highly unlikely that an adequate attorney-client relationship can be established.

For the foregoing reasons, undersigned counsel prays the Court allow this Motion, allow undersigned counsel to withdraw and appointment Mr. Henderson new counsel.

>Respectfully Submitted,
>Marcel Henderson
>By his attorney
>
>/s/ *Michael C. Andrews*
>Michael C. Andrews
>One Commercial Wharf West
>Boston, MA. 02110
>(617) 951-0072
>BBO# 546470

**Certificate of Service**

I hereby certify that a true copy of the foregoing was served upon counsel for the United States through the ECF system on July 19, 2011.

>/s/ *Michael C. Andrews*
>
>Michael C. Andrews