# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.  CRIMINAL No. 11-10200JLT

**MARCEL HENDERSON**

## MOTION TO WITHDRAW AS ATTORNEY

Now comes James S. Dilday, attorney of record in the above captioned matter and respectfully files his motion to withdraw as counsel for Marcel Henderson and for reason states that he will be suspended from the practice of the for one year commencing May 13, 2012.

Respectfully submitted,

/s/James S. Dilday
James S. Dilday
Dilday & Associates, LLC
10 Liberty Square, 5th Floor
Boston, MA 02109
617-227-3470
BBO# 124360

### Certificate of Service

I, James S. Dilday, certify that I served a copy of the within Motion to Withdraw on all counsel of record by filing same through the ECF Filing System Courthouse Way Boston, MA 02210.

/s/James S. Dilday
James S. Dilday

DATED: May 8, 2012