# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 11-CR-10200-RWZ** |
| ) | |
| **MARCEL HENDERSON,** ) | |
|     **Defendant** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from district court's (Zobel, J.) February 7, 2017 *Memorandum of Decision* (docket entry 249), from the sentence it imposed on the defendant, Marcel Henderson, on February 23, 2017, and from the resulting *Judgment in a Criminal Case* (docket entry 254; entered on the docket on February 27, 2017).

                                                    Respectfully submitted,

                                                    WILLIAM D. WEINREB
                                                    Acting United States Attorney

                                 By:    */s/ Michael J. Crowley*
                                                      MICHAEL J. CROWLEY
                                                      Assistant U.S. Attorney

Certificate of Service

    I hereby certify that on March 20, 2017, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ *Michael J. Crowley*
    MICHAEL J. CROWLEY
    Assistant U.S. Attorney